# United States District Court
# Central District of California

| | |
|---|---|
| ROBERT W. THOMPSON,<br><br>           Plaintiff,<br><br>     v.<br><br>CAVALRY PORTFOLIO SERVICES, LLC, and BANK OF AMERICA,<br><br>           Defendants. | Case No. 2:15-cv-1235-ODW(Ex))<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 12), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **by May 1, 2015**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

March 31, 2015

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**